Original

**EVERETT B. COULTER, JR.**
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
Phone: (208) 667-8276
Fax: (509) 455-3632
ISB #3768

U.S. COURTS
01 JUL 20 AM 11: 12
REC'D ___ FILED
CAMERON S. BURKE
CLERK IDAHO

Attorneys for Defendant CDA Tribe & Casino

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ERIC R. WEARE and JULIE WEARE, individually and on behalf of their child, CAPLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COEUR D'ALENE CASINO and THE COEUR D'ALENE TRIBE and DOES 1-5,<br><br>Defendants. | NO. CIV 01-0271-N-EJL<br><br>**DEFENDANTS COEUR D'ALENE CASINO AND COEUR D' ALENE TRIBE'S ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES** |

**COME NOW** the Defendants, The Coeur d'Alene Casino ("Casino") and The Coeur d'Alene Tribe ("CDA Tribe"), by and through its attorneys, Everett B. Coulter, Jr., of Evans, Craven & Lackie, P.S., and herewith answers Plaintiffs' Complaint as follows:

**<u>GENERAL ALLEGATIONS</u>**

I.

Paragraph I of Plaintiffs' Complaint is admitted.

7

II.

Paragraph II of Plaintiffs' Complaint is admitted.

III.

Paragraph III of Plaintiffs' Complaint is admitted to the extent that The Coeur d'Alene Casino does business in the State of Idaho in Kootenai County involving hospitality, entertainment, and gaming. The remaining allegations in paragraph III of Plaintiffs' Complaint are denied.

IV.

Paragraph IV of Plaintiffs' Complaint is admitted.

V.

Paragraph V of Plaintiffs' Complaint is denied for lack of sufficient information and/or belief upon which to answer, and alternatively does not require a responsive pleading.

VI.

Paragraph VI of Plaintiffs' Complaint is admitted to the extent that the CDA Tribe operates under agents and employees, and said agents and employees were acting within the scope of their employment with the CDA Tribe. The remaining allegations in paragraph VI of Plaintiffs' Complaint are denied.

VII.

Paragraph VII of Plaintiffs' Complaint is admitted to the extent that Plaintiff was on the CDA Tribe's Casino premises in Kootenai County, Idaho, on or about October 7, 1999, as a registered participant in a "Toughman" competition. It is further admitted that a physical altercation involving the Plaintiff and a third party believed to be Ricky Raya took place. Any other allegations in paragraph VII of Plaintiffs' Complaint are denied.



*Evans, Craven & Lackie, P.S.*
*818 W. Riverside, Suite 250*
*Spokane, Washington 99201-0910*
*(509) 455-5200; fax 455-3632*

VIII.

Paragraph VIII of Plaintiffs' Complaint is denied.

**NEGLIGENCE**

IX.

Paragraph IX of Plaintiffs' Complaint is denied.

X.

Paragraph X of Plaintiffs' Complaint is denied.

XI.

Paragraph XI of Plaintiffs' Complaint is denied.

XII.

Paragraph XII of Plaintiffs' Complaint is denied.

XIII.

Paragraph XIII of Plaintiffs' Complaint is denied.

XIV.

Paragraph XIV of Plaintiffs' Complaint is denied.

XV.

Paragraph XV of Plaintiffs' Complaint is denied.

XVI.

Paragraph XVI of Plaintiffs' Complaint is denied.

XVII.

Paragraph XVII of Plaintiffs' Complaint is denied.

**DEFENDANTS COEUR D'ALENE CASINO AND COEUR D' ALENE TRIBE'S ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES- 3**

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632

**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

XVIII.

Paragraph XVIII of Plaintiffs' Complaint is denied for lack of sufficient information and/or belief upon which to answer.

XIX.

Paragraph XIX of Plaintiffs' Complaint is denied.

**LOSS OF CONSORTIUM**

XX.

Paragraph XX of Plaintiffs' Complaint is denied.

**ATTORNEY FEES**

XXI.

Paragraph XXI of Plaintiffs' Complaint is denied.

**JURY DEMAND**

XXII.

Paragraph XXII of Plaintiffs' Complaint is admitted, and Defendants herewith demand a jury to try all issues of fact.

**AFFIRMATIVE DEFENSES**

Defendants assert the following Affirmative Defenses:

1. The CDA Tribe, its agents, and its employees are immune from suit in that said immunity had not been waived;

**DEFENDANTS COEUR D'ALENE CASINO AND COEUR D' ALENE TRIBE'S ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES- 4**

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632

2. There is no subject matter jurisdiction for this due to sovereign immunity;

3. Plaintiff was comparatively negligent, and said negligence was a proximate cause of Plaintiff's claimed injuries;

4. Plaintiff's claimed injuries and damages were proximately caused by a third party entity who is not a party to this lawsuit but is believed to be Ricky Raya, and that Plaintiff and Ricky Raya were engaged in mutual combat outside the scope of the event being contested.

**WHEREFORE**, Defendants pray for the following relief:

1. For a judgment of dismissal with prejudice;

2. For Defendants' costs and attorneys' fees as provided by law;

3. For such other and further relief as the Court may deem just and equitable.

**DATED** this 18th day of July, 2001.

EVANS, CRAVEN & LACKIE, P.S.

By ______________________
EVERETT B. COULTER, JR., #3768
Attorneys for Defendants The Coeur d'Alene Tribe and The Coeur d' Alene Casino

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2001, I caused to be served a true and correct copy of the foregoing document(s) on all interested parties to this action as follows:

**DEFENDANTS COEUR D'ALENE CASINO AND COEUR D' ALENE TRIBE'S ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES- 5**

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632

| | | |
|---|---|---|
| David R. Ducharme<br>Attorney at Law<br>2020 Lakewood Dr., Ste. 220<br>Coeur d'Alene, ID 83814<br>(208) 765-6795 | ___<br>X<br>___<br>___ | Hand Delivered<br>U.S. Mail<br>Overnight Mail<br>Facsimile |

I declare under penalty of perjury that the foregoing is true and correct. Dated this 18 day of July, 2001, at Spokane, Washington.

JAN HARTSELL

DEFENDANTS COEUR D'ALENE CASINO AND COEUR D' ALENE TRIBE'S ANSWER TO COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES- 6

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632