**EVERETT B. COULTER, JR.**
Evans, Craven & Lackie, P.s.
818 W. Riverside, Suite 250
Spokane, WA 99201
(509) 455-5200
ISB#3768

Attorney for Defendants CDA Tribe & Casino

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC R. WEARE and JULIE WEARE, individually and on behalf of their child, CAPLEN, ) ) ) ) Plaintiffs, ) ) vs. ) ) THE COEUR D'ALENE CASINO, and THE COEUR D'ALENE TRIBE, and DOES 1-5, ) ) ) ) ) Defendants. | Case No. CIV 01-0271-N-EJL **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** Defendants The Coeur d'Alene Casino, the Coeur d'Alene Tribe, and DOES 1-5, by and through the undersigned counsel of the law firm of Evans, Craven & Lackie, P.S., and hereby move the Court for an Order of Summary Judgment pursuant to FRCP 56.

**DATED** this 16th day of August, 2001.

EVANS CRAVEN & LACKIE, P.S.
By _____
EVERETT B. COULTER, ISBA #3768
Attorneys for Defendants

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1**

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; FAX (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on the \_16\_ day of August, 2001, I caused to be served a true and correct copy of the foregoing document(s) on all interested parties to this action as follows:

| | |
|---|---|
| David R. Ducharme, P.A. | \_\_ Hand Delivered |
| Attorney at Law | X U.S. Mail |
| 2020 Lakewood Dr., #220 | \_\_ Overnight Mail |
| Coeur d'Alene, ID 83814 | \_\_ Facsimile |
| (208) 667-0701 | |

I declare under penalty of perjury that the foregoing is true and correct. Dated this \_16\_ day of August, 2001, at Spokane, Washington.

_Jan Hartsell_
JAN HARTSELL

H:\HOME\EBC\WP\T - Z\Weare\SJMotion.wpd

**DEFENDANTS' MOTION**
**FOR SUMMARY JUDGMENT - 2**

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; FAX (509) 455-3632