**EVERETT B. COULTER, JR.**
EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201
(509) 455-5200
Fax: (509) 455-3632

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC R. WEARE and JULIE WEARE, individually and on behalf of their child, CAPLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE COEUR D'ALENE CASINO, and THE COEUR D'ALENE TRIBE, and DOES 1-5, <br><br> Defendants. | Case No. CIV01-0271-N-EJL <br><br> DECLARATION OF <br> ERIC VAN ORDEN |

ERIC VAN ORDEN declares as follows:

1. I am Eric Van Orden, Tribal Attorney for the Coeur d'Alene Indian Tribe. I make this declaration based on personal knowledge. I am over the age of 18 years and competent to testify.

2. The Plaintiffs in the above-captioned litigation have not yet filed a complaint with the Coeur d'Alene tribal court.

3. The Coeur d'Alene Indian Tribe has never expressly or impliedly waived the inherent sovereign immunity granted them by the United States of America for the causes of actions alleged by the Plaintiffs in this case.

DECLARATION OF
ERIC VAN ORDEN - 1

1      4.    I certify under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.

_____
ERIC VAN ORDEN

**DECLARATION OF SERVICE**
The undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the below date, delivery of a true copy of the Att'y David Ducharme at the regular office or residence thereof
DATED this ____ day of August 16, 2001 at Spokane, Washington.

_____

DECLARATION OF ERIC VAN ORDEN

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; FAX (509) 455-3632

- 2