**ORIGINAL**

UNITED STATES COURTS
DISTRICT OF IDAHO

**OCT 1 1 2001**

10:00 a.m. REC'D
LODGED _____ FILED

**EVERETT B. COULTER, JR.**
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA  99201
Phone:  (208) 667-8276
Fax: (509) 455-3632
ISB #3768

Attorneys for Defendant CDA Tribe & Casino

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC R. WEARE and JULIE WEARE, individually and on behalf of their child, CAPLEN, | NO. CIV 01-0271-N-EJL |
| Plaintiffs, | **STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |
| vs. | |
| THE COEUR D'ALENE CASINO and THE COEUR D'ALENE TRIBE and DOES 1-5, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the

plaintiffs and defendants in the above-entitled action, through their respective

counsel, that the above-entitled action and all causes therein  have been fully

settled and compromised, and that said action  may be dismissed with prejudice

and without costs to either party, upon the application of any party without notice.

**DATED** this 3rd day of October , 2001.

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS- 1**

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632

EVANS, CRAVEN & LACKIE, P.S.

By _____
DAVID R. DUCHARME; #777
Attorneys for Plaintiffs

By _____
EVERETT B. COULTER, JR.; #3768
Attorneys for Defendants

**STIPULATION FOR ORDER OF
DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS- 2**

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, Washington 99201-0910
(509) 455-5200; fax 455-3632